IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 23-4360 (L), 23-4361, 23-4362, 23-4368

———————————

UNITED STATES OF AMERICA,

*Appellee,*

v.

KEVIN PEREZ SANDOVAL, ROBERTO CARLOS CRUZ MORENO,
JOSE ROSALES JUAREZ, AND MARVIN TORRES

*Appellants.*

———————————

Appeal from the United States District Court
for the Eastern District of Virginia
at Alexandria
*The Honorable Anthony J. Trenga, District Judge*

———————————

GOVERNMENT'S SUPPLEMENTAL APPENDIX

———————————

Jessica D. Aber
United States Attorney

Amanda St. Cyr
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700

*Attorneys for the United States of America*

This page is intentionally left blank.

# Table of Contents

**Page**

Government's Closing Argument

(Dist. Ct. ECF No. 435) ........................................................................1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF VIRGINIA
 2                  ALEXANDRIA DIVISION

 3  UNITED STATES OF AMERICA,    )  Case 1:20-cr-18
                                 )
 4            Plaintiff,         )
                                 )
 5       v.                      )  Alexandria, Virginia
                                 )  March 15, 2022
 6  ROBERTO CARLOS CRUZ MORENO,  )  9:43 a.m.
    et al.,                      )
 7                               )
              Defendants.        )
 8  _____ )  Pages 1 - 81

 9
            EXCERPT OF MR. MURPHY'S CLOSING ARGUMENT
10
          BEFORE THE HONORABLE ANTHONY J. TRENGA
11
             UNITED STATES DISTRICT COURT JUDGE
12
                     AND A JURY
13

14  APPEARANCES:

15  FOR THE PLAINTIFF:

16       NICHOLAS U. MURPHY, II, ESQUIRE
         NICHOLAS J. PATTERSON, ESQUIRE
17       AMANDA LOWE, ESQUIRE
         OFFICE OF THE UNITED STATES ATTORNEY
18       2100 Jamieson Avenue
         Alexandria, Virginia  22314
19       (703) 299-3700

20  FOR DEFENDANT ROBERTO CARLOS CRUZ MORENO:

21       THOMAS B. WALSH, ESQUIRE
         PETROVICH & WALSH, PLC
22       10605 Judicial Drive, Suite A-5
         Fairfax, Virginia  22030
23       (703) 934-9191

24

25     COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES
```

1    APPEARANCES CONTINUED:

2    FOR DEFENDANT KEVIN PEREZ SANDOVAL:

3         JOSEPH R. CONTE, ESQUIRE
          LAW OFFICE OF J.R. CONTE PLLC
4         400 7th Street, N.W., Suite 206
          Washington, D.C.  20004
5         (202) 638-4100

6    FOR DEFENDANT MARVIN TORRES:

7         JONATHAN R. OATES, ESQUIRE
          KRUM, GERGELY & OATES, LLC
8         4103 Chain Bridge Road, Suite 401
          Fairfax, Virginia  22030
9         (703) 988-3711

10   FOR DEFENDANT JOSE ROSALES JUAREZ:

11        ADAM M. KRISCHER, ESQUIRE
          DENNIS, STEWART & KRISCHER, PLLC
12        2007 15th Street N, Suite 201
          Arlington, Virginia  22201
13        (703) 248-0626

14   DEFENDANTS ROBERTO CARLOS CRUZ MORENO, KEVIN PEREZ
     SANDOVAL, MARVIN TORRES, AND JOSE ROSALES JUAREZ IN
15   PERSON

16   JOSE LOPEZ AND GREGORIO AYALA, SPANISH INTERPRETERS

17

18

19

20

21

22

23

24

25

SA002

```
 1              CLOSING ARGUMENT BY MR. MURPHY

 2              MR. MURPHY:  Good morning, ladies and

 3   gentlemen.

 4              To these four defendants sitting behind me,

 5   Elvin Pena Aguilera and Norman Medina Sanchez were

 6   enemies.  They were chavalas.  They were culeros.

 7   Because that is how these defendants and their gang

 8   associates viewed Elvin and Norman.  Elvin and Norman

 9   are, quite frankly, ladies and gentlemen, lucky to be

10   alive today.

11              As you learned during this trial, Elvin and

12   Norman were mere casualties to MS-13's ruthless and

13   violent ethos.  You heard a lot about the code of

14   violence that these four defendants lived by as

15   associates of the MS-13 gang.

16              One of the most foundational rules that you

17   heard about in this trial, one of the most foundational

18   rules of that code of violence was to attack and kill

19   chavalas, a rule that was discussed by every single

20   MS-13 gang member who testified before you in this

21   trial, a rule that they testified that everyone who

22   joins the gang knows, attack and kill chavalas whenever

23   the opportunity arises, wherever the chavalas may be.

24              As my colleague told you at the outset of

25   this trial, ladies and gentlemen, this is GLCS.  As you
```

1  saw and heard from the evidence in this case, each of

2  these defendants here lived by that foundational rule,

3  and Elvin and Norman nearly lost their lives because of

4  these defendants' strict adherence to that rule.  These

5  defendants chose a life of violence, ladies and

6  gentlemen.  These defendants chose to embrace, attack,

7  and kill *chavalas*.

8         Over the past few weeks, you've heard a lot

9  of testimony and seen a lot of exhibits.  You've heard

10  from MS-13 gang members.  You've heard from experts.

11  You've heard from law enforcement agents, and you've

12  heard about MS-13's structure, its organization.

13  You've learned about its rules.  You've learned about

14  the violent crimes that the gang commits.  You've

15  learned about how the gang distributes drugs.  You have

16  heard and seen how these four defendants were part of

17  MS-13 and furthered MS-13's goals by committing the

18  crimes that they have been charged with in this case.

19  You have seen a lot of evidence, and you've seen a lot

20  of exhibits about these defendants' crimes.

21         In a time of uncertainty, you-all have been

22  patient, and you-all have been attentive.  I want to

23  take the time now to thank you for that.

24         While you've heard from a lot of witnesses

25  and while you've seen a lot of evidence, ladies and

1 gentlemen, this is not a difficult case.  These four

2 defendants are associates in the Guanacos Lil Cycos

3 clique of MS-13.  They are all part of the violent

4 enterprise that is MS-13, and the acts of violence and

5 drug distribution that you heard about in this case all

6 tie back to that violent MS-13 enterprise and the GLCS

7 clique.

8        These four men sitting behind me are

9 associates with MS-13 because they wanted power and

10 respect.  They thought that they could get those things

11 by joining the gang.  And what we got, ladies and

12 gentlemen, was violence and drugs that ravage our

13 community from these defendants' choices.

14        During this trial, you saw and heard evidence

15 proving that on March 8, 2019, the defendant, Roberto

16 Cruz Moreno -- here pictured by his silver Honda

17 Accord -- also known as Solo, also known as Veloz, and

18 who was a *chequeo* in GLCS conspired and attempted to

19 murder Elvin.  You saw and heard evidence about how

20 Solo used the car pictured here to drive Elvin to what

21 Solo believed was Elvin's death that night, the same

22 car Solo used to distribute drugs on behalf of the GLCS

23 clique, the same car that Solo was later arrested in on

24 April 20, 2019, with the very same gun used to shoot

25 Elvin on March 8, 2019, and cocaine.

1          You saw and heard evidence proving that on

2    August 12, 2019, the defendant, Kevin Perez Sandoval,

3    also known as Nocturno, also known as Dengue, an

4    *observacion* in GLCS, conspired and attempted to murder

5    Norman.  Once again, you saw and heard evidence about

6    how Nocturno used his car to drive Buer and Mental to

7    the location where Norman was shot, the same car

8    Nocturno used to aid the clique's drug distribution,

9    ladies and gentlemen.

10         You also saw and heard evidence that on

11   August 4, 2019, and August 12, 2019, the defendant,

12   Jose Rosales Juarez, also known as Gears, a *paro* in

13   GLCS, conspired to murder Norman and aided and abetted

14   Buer and Mental's ability to do so.  Therefore, he was

15   an accessory after the fact of the murder.  You saw and

16   heard evidence about how Gears himself wanted to be the

17   one to kill Norman.  But when Gears missed his

18   opportunity to do so, he was all to happy to help the

19   gang members who did try to kill Norman.  You also

20   heard about Gears' extensive involvement in drug

21   distribution on behalf of the clique.

22         Last but certainly not least, you saw and

23   heard evidence proving that between July 14, 2019, and

24   August 12, 2019, the defendant, Marvin Torres, also

25   known as Trance, conspired to murder Norman.  Indeed,

1   you saw and heard evidence about how Trance was the

2   person in GLCS who served Norman up to the GLCS clique

3   to be killed.  This was consistent with GLCS's rules

4   about what they should do when they see and encounter a

5   *chavala*.

6          You also heard about Trance's extensive

7   involvement in selling drugs on behalf of GLCS.  Now,

8   today I'm going to discuss with you each of the 14

9   charges that the defendants have been charged with in

10  this case.  I will explain the elements that we, the

11  government, must prove beyond a reasonable doubt.  I

12  will then explain how the evidence we have presented to

13  you over these last few weeks of trial have done

14  exactly that and how we've established beyond a

15  reasonable doubt that these defendants have committed

16  each of the crimes that they have been charged with in

17  this case.

18          I will begin with the RICO conspiracy that

19  each one of the defendants is charged with.  RICO

20  stands for the Racketeer Influenced and Corrupt

21  Organizations Act, and the RICO conspiracy charged here

22  is the heart of this case.

23          At its core, a RICO conspiracy requires the

24  existence of a criminal enterprise.  An enterprise, as

25  the Court has instructed you, is simply a group of

1   people joined together for the purpose of achieving a

2   common course of conduct.  It doesn't have to be a

3   legal entity.  It doesn't have to be a corporation or

4   anything like, just a group of people working together

5   to achieve a common goal.

6          After the last few weeks of this trial, I

7   will submit that each of you have no doubt that MS-13

8   is a criminal enterprise and that GLCS functions within

9   that criminal enterprise.

10          Now, an enterprise requires three things that

11   have to be proven, a common purpose, a structure, and

12   continuity.  As you heard from Sergeant Claudio Saa at

13   the beginning of this trial, MS-13's entire purpose is

14   to instill fear and be the largest and baddest gang in

15   the world.  As Sergeant Saa told you and as you have no

16   doubt learned from all the testimony and evidence in

17   this case, MS-13 fulfills this purpose by committing

18   constant brutal acts of violence, ladies and gentlemen.

19          The enterprise must also affect either

20   interstate or foreign commerce.  That simply means that

21   the enterprise must affect in some way trade, business,

22   or travel between the states or between different

23   countries, and that effect can be minimal.

24          You also heard extensive testimony during

25   this trial concerning MS-13's structure and

1   organization, which proves beyond a reasonable doubt

2   that MS-13 is the very definition of a criminal

3   racketeering enterprise that affects interstate

4   commerce.  You heard that it has its own structure, its

5   own customs, and you heard a lot about the fact that it

6   has its own rigid code of violence.

7             Concerning MS-13's structure, organization,

8   and history, you heard from Walter Amaya, who is a GLCS

9   homeboy.  You heard from Cristian Martinez Sanchez, who

10  was at the time the second word of the GLCS clique.

11  You heard from Javier Bonilla, who was an associate of

12  GLCS in 2019.  You heard from Edgar Blanco Torres, who

13  was a *chequeo* in the Coronados's clique of MS-13, and

14  you heard from the government's gang expert, Claudio

15  Saa.

16            What you learned from all of these witnesses

17  during this trial was that MS-13 was started in Los

18  Angeles by individuals from El Salvador, and since the

19  early 1990s, MS-13 has spread across the United States

20  and has spread across Central America.  That, ladies

21  and gentlemen, is evidence of continuity over 30 years.

22            You have seen and heard evidence that there

23  are active cliques of MS-13 right here in northern

24  Virginia, including these defendants' clique, GLCS.

25  You've also heard that GLCS has territory in New York

1   and Florida.

2          You also learned about the gang's leadership

3   structure with the highest rank leaders of the gang

4   being located in El Salvador but that there are cliques

5   throughout the United States and that these cliques

6   report to the leader in El Salvador.  You learned that

7   the MS-13 gang members who are part of the cliques in

8   the United States are part of a rigid structure and a

9   leadership hierarchy.  You learned that these cliques

10  send money, often via Western Union, back to gang

11  leaders in El Salvador, which ladies and gentlemen, is

12  an exact example of foreign commerce that MS-13 engages

13  in.

14         Now, with respect to the hierarchy in the

15  cliques, you learned the leader of clique is called the

16  first word.  The leader of the GLCS clique was Andy

17  Tovar, also known as Fearless.  You learned that below

18  the first word is the second word, and you learned that

19  below that the cliques were made up of homeboys and

20  below that *chequeo*s and below that *observacions*, and

21  below that *paros*.

22         And you've seen evidence of this very

23  structure in the GLCS clique.  Here you see Trance

24  listed as a *chequeo*.  You heard testimony during this

25  trial that Defendant Kevin Perez Sandoval was an

1 *observacion* in GLCS.  And who was the first name listed

2 under *observac* on this gang list?  Kevin.  Here you

3 also see Gears listed as a *paro* in the clique.

4         And I want to emphasize to you, ladies and

5 gentlemen, that the defendants do not have to be

6 homeboys, full members of the gang, in order to be

7 guilty of a single crime with which they have been

8 charged in this case.  As the judge has instructed you,

9 being a member of the enterprise includes individuals

10 who are simply associated with that enterprise.

11         Now, you learned that cliques, like GLCS,

12 hold meetings, collect dues from their members and

13 associates, and you learned that these dues are used to

14 support MS-13 gang members in El Salvador.  You also

15 learned that the acts of violence committed by MS-13

16 are fueled by guns and machetes that the cliques obtain

17 by selling drugs and collecting dues.  Therefore, the

18 cash, ladies and gentlemen, that they make is directly

19 converted into tools to commit murder and mayhem.

20         You have also learned about MS-13's customs,

21 rituals, and those include the hand signs that gang

22 members use to signify that they are part of the gang.

23 Now, as you all know, our hands can be expressive

24 things.  We use our hands every day to communicate with

25 each other.  In civil society, we use our hands to give

1  simple messages of welcoming with a wave or

2  encouragement with a thumbs-up.  But to these four

3  defendants behind me, a hand sign was no simple matter.

4  It signifies the life of crime that they have all

5  chosen to engage in, the code of violence to which they

6  adhere.

7            You learned that MS-13 gang members and

8  associates are given nicknames when they join the gang.

9  Here you can see Solo circled all the way on the left.

10 Next to him you see Mental, who testified about the

11 gang.  Standing up behind them you see Nocturno circled

12 in red.  Next to them sitting down is Buer, and all the

13 way on the right you see Racoon.  And what you note,

14 ladies and gentlemen, in this picture is that they are

15 all making MS-13 gang signs.  Indeed, you saw Nocturno

16 frequently signify his membership in MS-13 with these

17 very same hand signs.

18      (A video is played.)

19      MR. MURPHY:  You also saw Trance depicted in

20 this particular video in a black hoody signifying his

21 membership in MS-13 with the same hand signs.

22      (A video is played.)

23      MR. MURPHY:  You also learned about some of

24 the gang's rituals that have changed to help MS-13

25 members and associates avoid law enforcement detection.

1  For example, you saw the tattoos that adorn on

2  Fearless' body.  You learned during this trial that

3  Fearless was the GLCS's first word during the time that

4  all the crimes charged in this case occurred.  Fearless

5  was these defendants' leader, ladies and gentlemen.  He

6  was their maestro.

7          You learned that these three dots by

8  Fearless' eye circled here in red signify the

9  commitment that each gang member makes when they join

10 or associate with MS-13.  The three ways to get out of

11 a gang life, the grave, the hospital, or jail.

12         But you also learned that MS-13 no longer

13 requires its members to have gang tattoos in order to

14 help them avoid law enforcement detection; although,

15 senior leaders, like Fearless, still continue to have

16 these types of tattoos.

17         You also learned that another way that MS-13

18 gang members try to avoid law enforcement detection is

19 by using coded words, coded terms to hide what it is

20 that they are truly talking about.  In this trial, you

21 learned about what some of those coded words were.

22         By the way, ladies and gentlemen, the use of

23 coded words and coded terms to hide what you are really

24 talking about from law enforcement is a hallmark trait

25 of a criminal enterprise.

1          During this trial, you learned that when GLCS

2     members were talking with each other and when they

3     talked about party and play, you learned that that

4     referred to killing a gang rival.  You learned when

5     they were talking about eating food, like chicken or

6     wings, that referred to killing a gang rival.  You

7     heard that terms like toys and *ninas* refer to guns.

8     You heard that terms like *frijoles*, known to us as

9     beans, referred to bullets, and you learned that *nieve*,

10    really anything associated with the color white,

11    referred to cocaine.

12         Significantly, you also learned about how

13    each four of these defendants learned the rules of the

14    gang and about how the gang punishes those who break

15    those rules.  Specifically, you heard witness after

16    witness, from Sergeant Saa to each one of the MS-13

17    gang members who testified before you in this trial,

18    discuss what is called a 13- or 20-second beating

19    called a *calenton*.

20         Now, despite what you may hear from defense

21    counsel when I sit down, a *calenton* is not some rare

22    and horrific event in MS-13 that any of these

23    defendants were specially selected to receive.  You

24    know better than that, ladies and gentlemen.  As you've

25    learned from every single witness in MS-13 and the

1    government's gang expert, those beatings are simply a

2    part of the everyday violence in the MS-13 gang.  It

3    comes with the territory when you're in MS-13.

4              In fact, as you learned from many of these

5    witnesses, when you are celebrated and raised up as a

6    homeboy, you get the very same beating.  That's how

7    they welcome each other into the gang, with violence.

8              Perhaps most significantly you learned about

9    the code of violence that unites these four defendants

10   and members of the MS-13 gang together as an

11   enterprise.  The rules that I discussed at the outset,

12   specifically, attack and kill *chavalas* whenever you get

13   the opportunity to do so, rule the streets through fear

14   and violence.

15             As I stated before, the core of this case is

16   the RICO conspiracy.  So I want to take a few moments

17   now to walk you through the evidence demonstrating the

18   defendants' guilt in the RICO conspiracy.

19             Now, ladies and gentlemen, a conspiracy is

20   simply an agreement or understanding between two or

21   more people to break the law.  To prove a conspiracy,

22   the government does not have to prove there was a

23   written contract or that all the details and all the

24   players in the conspiracy were agreed upon.  We just

25   have to show that there was a shared understanding

1   between at least two people to commit the crime that

2   was the subject of the conspiracy.

3          For the RICO conspiracy that each of the

4   defendants have been charged with in this case, that

5   simply means that each of the defendants agreed with at

6   least one other person to participate in the affairs of

7   the enterprise, MS-13, GLCS.  That's it.  That's the

8   RICO conspiracy.

9          These defendants do not even have to have

10  been present at a single crime scene in order to be

11  found guilty of the RICO conspiracy.  The defendants do

12  not have to have agreed to each and every crime

13  committed as part of that RICO conspiracy or have

14  agreed to each and every crime that MS-13 was

15  committing as part of that RICO conspiracy.

16         The government doesn't have to show the

17  defendants knew all the details of the conspiracy or

18  that the defendants participated in each and every act

19  of the conspiracy.  The defendants do not even have to

20  know each of the persons involved in the conspiracy.

21  They don't even have to know each other; although,

22  you've heard evidence in this case that they do.

23         The government must simply show the

24  defendants understood the conspiracy's purpose and then

25  joined that agreement.  And the evidence that you can

1   and should consider to indicate the defendants'

2   agreement to join that picture includes things like

3   participating in an act, aiding and abetting an act,

4   and continuing to associate with the very same people

5   they very well knew were committing crimes on behalf of

6   the gang.

7           So as an example, as you're deliberating, ask

8   yourself:  What did Solo do when he saw four men exit

9   his car on March 8, 2019, and walk into the woods, and

10  he saw only three men return to his car without Elvin

11  knowing the plan was to kill Elvin that night?

12          Did Solo call the police to report a crime,

13  or did Solo drive Oscuro, Buer, and Mental to his

14  house?

15          After that, did Solo distance himself from

16  the gang, or on April 20, 2019, was he stopped by the

17  Fairfax County Police with Nocturno and several other

18  members and associates of GLCS with the very same gun

19  used to shoot Elvin Pena and cocaine?

20          What did Trance do, ladies and gentlemen,

21  when he saw Norman by the laundromat on July 14, 2019?

22  Did Trance ignore Norman, or did Trance take and send a

23  photo of Norman to his fellow GLCS clique members in

24  order to identify Norman as a *chavala* in GLCS's

25  territory?

1          What did Trance do when he saw Norman a
2   second time by the laundromat?  Did he ignore Norman
3   this time, or did he take another photo of Norman and,
4   again, send it out to his fellow GLCS clique members in
5   order to identify Norman as a gang rival in their area?
6          What did Trance do after Norman was shot on
7   August 12, 2019?  Did he call the police to report a
8   crime, or did Trance surveil the police and then update
9   his clique as to what the police were doing on the
10  scene?
11         What did Nocturno do, ladies and gentlemen,
12  when he, Buer, and Mental saw Norman by the laundromat
13  on August 12, 2019?  Did he try and calm down an angry
14  Buer, or did he drive Buer and Mental to Buer's house
15  so that Buer could go get a gun to try and kill Norman?
16         What did Nocturno do after Buer shot Norman
17  and returned to Nocturno's car and said that he had
18  shot Norman?  Did Nocturno then call the police?  Did
19  he report a crime, or did he drive Buer and Mental to
20  Gears' house to get a different car from Gears so that
21  he himself wouldn't be driving around in a hot car?
22         After that, did Nocturno distance himself
23  from GLCS, or was he in the telegram group chat the
24  very next day urging his fellow GLCS members to go to
25  Buer's house and recover the gun that Buer had used to

1   shoot Norman?

2          And, ladies and gentlemen, think about what

3   Gears did on August 4, 2019, when he was at El Tenampa,

4   the very same restaurant that Norman was at that night.

5   Did Gears relax and enjoy his night out at El Tenampa,

6   or did Gears spend his night texting back and forth

7   repeatedly with Fearless talking about how they were

8   going to kill Norman?

9          What did Gears do when Buer, Mental, and

10  Nocturno showed up to his house on August 12, 2019, and

11  Buer told them he had just shot a *chavala*?  Did Gears

12  call the police to report a crime, or did Gears give

13  Nocturno a different car and then rent a hotel room for

14  Buer and Mental to hide out in?

15         These are the exact type of facts that you

16  should consider when you're discussing and deliberating

17  whether or not these defendants knowingly engaged in an

18  agreement to join this conspiracy.

19         The government must also show that each four

20  of these defendants agreed that he or another person

21  would commit at least two acts of racketeering

22  activity.  Racketeering activity includes the very

23  crimes with which these defendants have been charged in

24  this case, acts involving murder, including attempted

25  murder -- because Oscuro emptied the clip in Elvin but

1   Elvin didn't die -- and conspiracy to commit murder.

2   It also includes acts of drug distribution.

3          These are the very same crimes with which

4   these four defendants have been charged in this case

5   committed on behalf of the MS-13 gang.  You have

6   learned about Solo's involvement in Elvin's attempted

7   murder.  You have learned about Nocturno's, Trance's,

8   and Gears' involvement in Norman's attempted murder.

9   You have also learned that the gang makes money by

10  selling drugs, and you have seen evidence of all four

11  of those defendants' involvement in selling drugs on

12  behalf of the gang.  These are all racketeering

13  activities that are charged in the RICO conspiracy.

14         Now, importantly, the two racketeering

15  activities that are required that you find that the

16  defendants have participated in do not have to be

17  completed crimes.  They can be attempts.

18         There's also no requirement that the

19  defendants were involved in each and every one of those

20  crimes.  Again, the defendants do not have to have

21  personally committed those crimes.  They don't have to

22  be the individuals who pulled the triggers or stabbed

23  with knives in order for you to find them guilty of a

24  RICO conspiracy.  They simply had to agree that someone

25  would commit those acts.

1           Now, finally, the government must prove that

2    at some point during the conspiracy's existence,

3    someone in the conspiracy performed what the law calls

4    an overt act.  An overt act, ladies and gentlemen, is

5    simply an outward action taken by anyone in the

6    conspiracy as part of that agreement.  So, for example,

7    someone got the gun.  Someone identified the victim.

8    Someone drove the car.  Those are all overt acts that

9    are part of a conspiracy.

10          So let's talk now about the evidence that

11   proves that all four of these defendants are guilty of

12   the RICO conspiracy that's been charged in this case.

13   I'd like to begin with the evidence that you heard

14   directly from the mouths of the people involved, the

15   victims, Elvin and Norman, and the cooperators, Mental,

16   Fire, and Pensamientos.

17          But before I dig into that evidence, I want

18   to take a few moments to talk with you about these

19   cooperators and victims.  When I sit down, you will

20   hear all of these defense attorneys argue until the

21   cows come home in their closings about how all of these

22   individuals are liars and none of them can be believed

23   and that they're bad people; therefore, nothing that

24   they say should be believed by you.

25          But I want to dispel that notion right now,

1  ladies and gentlemen.  Pensamientos is a murderer.

2  Fire conspired to commit that same murder.  Mental

3  participated in two attempted murders.  Those are the

4  facts.  The government does not hide from those facts.

5  Each of them have done awful, violent things.

6         And the government is not asking that you

7  like those individuals, ladies and gentlemen.  Neither

8  of the victims in this case are choir boys.  They were

9  both affiliated with gangs at one point.  We are not

10 asking you to like them.

11        But what the government is asking is that you

12 listen to them and weigh their testimony because what

13 they had to say was really important.  Like the

14 defendants behind me, Mental, Fire, and Pensamientos

15 were part of GLCS.  Mental was there when the attempted

16 murders of Elvin and Norman were occurring.

17        The simple fact is the government does not

18 decide who witnesses a crime.  There were no choir boys

19 present when GLCS tried to murder Elvin.  There were no

20 kindergarten teachers present when GLCS tried to murder

21 Norman.  GLCS members and associates were present,

22 ladies and gentlemen.  So those are the individuals who

23 can tell you exactly what happened during those events.

24        Now, you should also consider the motivations

25 of the cooperating witnesses that you heard from in

1  this case.  As you know and as they told you, they face

2  significant consequences if they lie to you, the

3  government, or the Court.  They will not have any

4  opportunity to get any reductions to their sentences,

5  and if they lie, they face the possibility of

6  additional criminal charges.  There's not much of a

7  stronger incentive someone could have to tell the

8  truth, ladies and gentlemen.  As you heard and saw over

9  and over again, the truth, ladies and gentlemen, is

10  their only obligation to the government.

11           Here's the fourth paragraph of Fire's plea

12  agreement.  It is in evidence.  The terms of Fire's

13  cooperation with the government are crystal clear.

14  Cooperation means you tell the truth.  It's not about

15  convicting these defendants.  It's about the truth,

16  ladies and gentlemen.

17           Here's Mental's proffered agreement.  It is

18  also in evidence, and a similar proffer agreement for

19  Pensamientos is also in evidence.  You can look at that

20  for yourself.

21           Once again, the terms of Mental's cooperation

22  with the government have been made crystal clear.

23  Cooperation means you tell the truth.  And if he does

24  not tell the truth, he may be subject to prosecution.

25           Now, it's also important to bear in mind that

1  we're not asking you just to listen to what the

2  cooperators told you and to accept what they told you

3  at face value.  Now, each of you will, of course,

4  assess on your own the truthfulness of what the

5  cooperators told you.  But I submit to you, ladies and

6  gentlemen, that what each of those cooperators told you

7  is corroborated by voluminous evidence that you have

8  seen throughout this case.  That makes what they told

9  you credible and corroborated.

10         First of all, the cooperators and victims

11  corroborated each other.  Now, not every single detail

12  of what they told you was exactly the same.  Had it

13  been, I submit to you, ladies and gentlemen, that would

14  not have been credible at all.  You know from your own

15  experience and common sense that two people don't

16  remember the exact same event in the exact same way.

17         But the testimony the cooperators and victims

18  gave was very consistent on the key core details of

19  what occurred.  The consistency on the key core

20  details, ladies and gentlemen, is corroboration.

21  That's why you can and should believe what the

22  cooperators and victims told you in this case.

23         In addition, the other evidence that you've

24  seen and the other witnesses that you've heard in this

25  case also corroborated the cooperators and victims.

1  You saw photographs.  You saw telegram messages.  You
2  saw Title 3 wiretap calls.  You saw videos.  You saw
3  cell phone records, all of which corroborated what the
4  cooperators and victims told you what happened.

5          Perhaps, most significantly, the cooperators
6  and victims were corroborated by the statements of each
7  one of these defendants.  As you weigh the evidence in
8  this case and you weigh the testimony given by the
9  cooperators and victims, I want you to consider the
10 overwhelming consistency of what they told you and the
11 overwhelming corroboration from other evidence about
12 what they told you.

13         So with that in mind, I'd like to now turn
14 back to the evidence pertaining to each of these
15 defendants' involvement in the RICO conspiracy, and I'd
16 like to start with Elvin Pena's attempted murder on
17 March 8, 2019.

18         Now, this murder or attempted murder was
19 entirely consistent with MS-13's rule that you heard
20 about during this trial, attack and kill *chavalas*.
21 GLCS targeted Elvin because they believed he was
22 hanging out with *chavalas*.  In fact, they believed he
23 might, in fact, himself be a *chavala*.

24         Now, here you see three phone calls between
25 Elvin and David Escobar, also known as Oscuro, on the

1   morning of March 8, 2019.  Now, when Elvin testified,

2   he told you that he thought Oscuro was his friend, his

3   brother, and he told you that Oscuro invited him over

4   to his house that day to smoke and hang out.

5          The trap was set, ladies and gentlemen.

6   Oscuro was not Elvin's friend.  Oscuro planned to kill

7   Elvin that night with Solo, Buer, and Mental.  Indeed,

8   at 11:40 a.m. Oscuro called Buer.  GLCS's plan was

9   being put into motion.

10          Now, here you can see Elvin's phone in pink

11   and Oscuro's phone in orange, both pinging off towers

12   near Oscuro's house between 11:40 a.m. and 2:41 p.m.

13   the afternoon of March 8, 2019.  The phone calls and

14   text messages like this that you have seen during this

15   trial are clear evidence that these four defendants and

16   GLCS were using a facility of interstate commerce, cell

17   phones, to facilitate the crimes that were charged in

18   this case.

19          Here you can see over 30 phone calls and text

20   messages to Solo from Buer, Mental, and Oscuro between

21   1:54 p.m. and 6:29 p.m., over 30 contacts, ladies and

22   gentlemen, in less than five hours, including a nearly

23   five-minute long telephone conversation between Solo

24   and Buer at 3:38 p.m.

25          This evidence proves that Solo was in

1  constant contact with Buer and Oscuro prior to Elvin's

2  attempted murder.  Are we supposed to really believe

3  that this flurry of over 30 text messages and phone

4  calls had something to do with anything other than the

5  plan to kill Elvin that night?  Of course not, ladies

6  and gentlemen.

7          Solo didn't just know that the clique needed

8  him for an emergency and he had to drive.  As Mental

9  told you, these records corroborate that Solo was fully

10 part of the conspiracy to murder Elvin that night.  And

11 Solo and his car were a significant part of that

12 conspiracy, ladies and gentlemen.

13         Here is Fearless telling Solo on April 20,

14 2019, the day that he was stopped with the gun that was

15 used to shoot Elvin and cocaine, that Solo only had to

16 pay $100 to the GLCS clique because -- and I quote --

17 you used the car for the clique.

18         Fearless told Solo, "For whatever the clique

19 needs, provide the car."

20         Solo being down for whatever the clique

21 needed told Fearless, "Yeah, unitedly."

22         And as you learned during this trial, on

23 March 8, 2019, what the GLCS clique needed from Solo

24 was for Solo to drive his car and pick everyone up and

25 take Elvin to the scene where they intended to kill

1    him.

2         So what you learned during this trial, Solo

3    drove his gray Honda to Oscuro's house with Buer and

4    Mental in tow to pick up Elvin from Oscuro's house and

5    drive him to his intended demise in remote woods in

6    Bristow, Virginia.  Elvin believed they were going

7    together to smoke because, as Mental told you, that's

8    what they told him.  Instead, he was being driven to a

9    desolate area to be killed.

10        Here you see Solo's phone in green, Oscuro's

11   phone in orange, Buer's phone in black, and Mental's

12   phone in purple.  They're all pinging off towers near

13   Oscuro's house between 5:15 p.m. and 5:52 p.m. the

14   evening of March 8, 2019.

15        Now, everyone but Elvin in that car that

16   night knew that the real plan was to try and kill

17   Elvin.  Everyone in the car, including Solo, was a

18   knowing member of the conspiracy to kill Elvin.  As

19   Mental told you, after Solo stopped the car, he was

20   told to drive around and wait for a call to come back

21   and pick everyone up.

22        But as you learned during this trial, ladies

23   and gentlemen, Solo knew that he would not be picking

24   Elvin back up that night.  He knew that Oscuro, Mental,

25   and Buer intended to kill Elvin that night when they

1  got in the car and walked him into the desolate, dark

2  woods.

3          Mental and Elvin told you exactly what

4  happened when they got into those woods.  Oscuro turned

5  around and emptied the firearm clip into Elvin, and

6  Mental stabbed Elvin in the neck multiple times.

7  Believing that they had finished the job, just like

8  Mental told you, at 8:13 p.m. Solo got the call from

9  Oscuro to come back.  And after seeing only Oscuro,

10  Mental, and Buer return to his car without Elvin, Solo

11  drove everyone back to his house.

12          Fire told you what happened next.  GLCS had

13  to try to get rid of the evidence.  And so Buer

14  contacted Fire in order for Fire to come over to Solo's

15  house and get the gun that was used to shoot Elvin.

16  Here you can see a phone call and three text messages

17  exchanged between Fire and Buer less than 30 minutes

18  after Oscuro called Solo to come back and pick them up.

19          Fire told you he got Solo's address from Buer

20  and went to Solo's house to pick up the gun.  Fire told

21  you that when he went to Solo's house, Buer told him

22  about the shooting that Oscuro, Buer, and Solo had just

23  done.  Now, when he testified, Fire didn't remember the

24  exact date that this shooting occurred, but his cell

25  phone did.

1          You learned from documents that were
2     recovered from a search warrant of Solo's car that
3     Solo's address circled here is 4618 Telfair Court in
4     Woodbridge, Virginia.  And at 8:36 p.m. on March 8,
5     2019, Buer texted Fire Solo's address, and three
6     minutes later Buer texted Fire a description of Solo's
7     car, a Honda Accord, and a description of Solo's
8     residence.  Here you can see Solo's phone in green,
9     Oscuro's phone in orange, and Buer's phone in black,
10    all pinging off towers near Solo's house between 8:36
11    and 8:52 p.m. on March 8, 2019.  To say these actions
12    prove that Solo knowingly joined a conspiracy to murder
13    Elvin is to state the obvious, ladies and gentlemen.
14         As I'll explain to you in more detail later,
15    a defendant can join a conspiracy at any point in time
16    to be found guilty of that crime.  Therefore, it's
17    completely irrelevant whether Solo knew what was going
18    to happen from the very beginning.  By knowingly
19    joining the conspiracy at any point, he is guilty of
20    that crime.
21         Now, the evidence of what Solo did to aid
22    Elvin's attempted murder, to get Elvin to the scene of
23    the crime alone is enough for you-all to find him
24    guilty of the conspiracy to murder Elvin even if you
25    believe for whatever reason that Solo had no idea what

1   was happening up to that point.  Now, based on the

2   evidence that I've already recounted, I submit that

3   very idea is nonsense.  Solo knew what was going to

4   happen.

5          And while GLCS was busy hiding the evidence

6   of the crime, this, ladies and gentlemen, is what Elvin

7   was doing shortly after the shooting.  As Dr. Seoudi

8   told you, Elvin was fighting for his very life.

9          Now, you heard testimony from Officer Russell

10  and Crime Scene Analyst Dean and saw evidence

11  concerning what law enforcement recovered from the

12  crime scene of Elvin's shooting.  I want to highlight

13  for you one of the most significant pieces of evidence

14  that was recovered from the crime scene that night.

15         These are the shell casings that were

16  recovered from that crime scene, five of them.  These

17  are Winchester .45 caliber shell casings, the very same

18  kind of Winchester .45 caliber ammunition that was

19  later recovered from the Sig Sauer pistol in Solo's car

20  during the April 20, 2019, traffic stop.  So here you

21  see the pistol that was recovered from Solo's car

22  during the April 20, 2019, traffic stop.  There is the

23  magazine clip holding the ammunition, and there's the

24  ammunition recovered from that firearm.

25         The day after the traffic stop, on April 21,

1 2019, Fearless and Trance specifically discussed the

2 recovery of this gun from Solo's car.  Fearless told

3 Trance, "We lost the strap."

4         I submit to you, ladies and gentlemen, that

5 Trance identified Solo's car as being hot because he

6 knew from Oscuro that Solo had used his car to drive

7 Buer, Mental, and Oscuro the night that Elvin Pena

8 Aguilera was shot.  There you can see him talking about

9 the car being hot because the car was hot, right.  And

10 here you can see the call between Trance and Oscuro the

11 night of March 8, 2019.

12        And in the conversation with Andy Tovar,

13 Fearless, Trance and Fearless discussed arming

14 themselves with machetes and then discussed how long

15 that particular gun had been in Manassas before it was

16 recovered by law enforcement.  Trance asked Fearless --

17 and I quote -- "But that's going to fuck up Oscuro,

18 right?"

19        Trance knew it was the same gun.  Trance knew

20 it was the same car.  Fearless responded, "Not really.

21 They didn't find it.  They ain't find it on Oscuro."

22        Unconvinced, Trance responded, "Oh, no, like

23 that.  That's hot for Oscuro."

24        And much of what Mental and Elvin told you

25 about what occurred on March 8, 2019, and what's

1  important that you've seen from the evidence yourself

2  in this case, ladies and gentlemen, is corroborated by

3  the confession that Solo made to law enforcement.  You

4  learned that during Solo's confession, he told Special

5  Agent Fowler that Fearless was the first word of GLCS

6  and that everything that comes from Fearless comes from

7  El Salvador.

8         Solo described the rank structure of GLCS in

9  the same manner of every other cooperating witness in

10 this case.  He described it as *paro*, *observacion*,

11 *chequeo*, homeboy.  Solo admitted that he was a *chequeo*

12 and that he did not even know Oscuro's and Mental's

13 real name.

14        I've seen many of you taking copious notes

15 during this trial.  So I have no doubt that you got

16 this down.  Solo told Special Agent Fowler with respect

17 to Elvin's shooting that Fearless had given the order

18 to shoot the victim and that the shooting took place in

19 a wooded area.  I want you to remember that order to

20 shoot the victim that Solo heard about, ladies and

21 gentlemen.  Because we all know what kind of weapon is

22 used to shoot someone.

23        And Solo admitted that he saw the black

24 pistol used to shoot Elvin and that Oscuro was holding

25 it.  Solo admitted that it was a .45 caliber gun, a

1  .45 caliber Winchester auto.  Solo admitted that he

2  knew it was a .45 caliber gun because Oscuro and other

3  GLCS members were constantly talking about carrying a

4  .45.

5          But as you saw from the evidence during this

6  trial, ladies and gentlemen, Solo knew more than it was

7  a .45 caliber gun.  The search history on Solo's phone

8  told you as much.  Here, for example, are a few of the

9  many searches between March 24, 2019, and April 18,

10 2019, Solo conducted on his phone for a Sig Sauer, the

11 very same type of pistol Oscuro used to shoot Elvin,

12 the very same type of pistol that was recovered from

13 Solo's car during the April 20, 2019, traffic stop.

14         Solo admitted that Oscuro called him because

15 they needed a favor from him on March 8, 2019.  Solo

16 admitted that he picked up Mental, Buer, and Oscuro and

17 the victim from Oscuro's house in his gray Honda

18 Accord, this vehicle, ladies and gentlemen.

19         Solo admitted that he drove them to where

20 they were going to do what they were going to do, and

21 Solo admitted that what they were going to do was shoot

22 Elvin.  Solo admitted that they lured Elvin to the

23 woods by deceiving him into thinking that they were

24 going to go smoke.  Solo admitted that they were

25 driving around observing where they wanted to stop.

1  And Oscuro told him to pull over right here, and Solo

2  stopped the car.

3           Solo admitted that before they went in the

4  woods, Oscuro told him to drive and we'll meet up.

5           Solo admitted that he drove around and waited

6  for Oscuro, Buer, and Mental and that he would know

7  when to come back when they called him.

8           Solo admitted that he got that call to come

9  back and he came back.

10          Ladies and gentlemen, even if you think for

11 some reason that Solo had not knowingly joined the

12 conspiracy to try to murder Elvin before that point,

13 even if you think that Solo hadn't aided and abetted

14 Elvin's murder up until that point, when Solo drove

15 around and came back so as not to draw attention to the

16 scene, at that moment, knowing exactly what they were

17 walking in the woods to do, Solo was a knowing member

18 of the conspiracy to murder Elvin, ladies and

19 gentlemen.  And he was aiding and abetting Elvin's

20 attempted murder.

21          Solo admitted that when they came back to his

22 car, the victim was not with them.

23          Solo admitted that when they came back to the

24 car, he did not hear shots, the shots from a gun he was

25 fully expecting to hear knowing that the plan was to

1  shoot and kill Elvin.

2          Solo admitted that when Oscuro, Buer, and

3  Mental came back to his car, Oscuro told him it's done

4  and that Oscuro was the one who shot the weapon.

5          Solo admitted that he knew what that meant

6  and that within, he knew what happened.  Solo didn't

7  just know within what happened, ladies and gentlemen.

8          Solo admitted that Oscuro told him he fired

9  five or six shots.

10          Solo admitted that Mental told him that he

11  had stabbed the victim.

12          Solo admitted that after being told what was

13  done and after knowing what had happened, he then drove

14  Oscuro, Buer, and Mental to a place in Woodbridge, a

15  basement townhouse.

16          You learned during this trial, ladies and

17  gentlemen, that basement townhouse in Woodbridge was

18  Solo's house.  And here you can see Fire describing --

19  Buer describing that same townhouse residence in a

20  message received from Buer.

21          Solo admitted later that same night that he

22  learned the victim had not died when Oscuro called him

23  to tell the police that they had just come by the house

24  looking for him.  In other words, ladies and gentlemen,

25  Solo told law enforcement that Elvin's attempted murder

1   happened precisely as Mental told you it happened.

2              As you learned during this trial, ladies and

3   gentlemen, this is one of the photographs recovered

4   from Solo's cellular phone, a news article that

5   appeared on his phone at 11:06 p.m. on March 11, 2019,

6   three days after GLCS tried to murder Elvin.  Circled

7   on that news article, you can see Holly Road, which is

8   the same road Elvin was shot by Oscuro on March 8,

9   2019.

10             Solo's confession and all the other evidence

11  I've recounted establishes beyond a reasonable doubt

12  that Solo was a member of the conspiracy to murder

13  Elvin and that he attempted to do so and he knew a

14  dangerous weapon was used in the attempt to do so.

15             This evidence also establishes that Solo

16  aided and abetted Oscuro, Buer, and Mental in their

17  efforts to attempt to murder Elvin.  Therefore, ladies

18  and gentlemen, Solo is guilty of all the crimes for

19  which he has been charged related to Elvin Pena

20  Aguilera's attempted murder.

21             Now I want to talk to you about Norman's

22  attempted murder on August 12, 2019.  Once again, GLCS

23  attempted to kill Norman in strict adherence to the

24  gang's most foundational rule, attack and kill

25  *chavalas*.

1          Now, the conspiracy to murder Norman began on

2    July 14, 2019, with Trance.  You learned from testimony

3    and evidence presented to you throughout this trial

4    that this is the photo Trance sent the GLCS clique in a

5    telegram on July 14, 2019, which first identified

6    Norman to the clique as a *chavala*.

7          An extraction report from Mental's phone

8    corroborated the date and time that Trance sent these

9    photos to the clique.  Here you can see this photo

10   appearing in Mental's phone at 1:08 p.m. on July 14,

11   2019.

12         As you learned during this trial, Trance took

13   this picture of Norman while Norman was at the

14   laundromat doing his laundry, at the very same

15   laundromat he was eventually shot on August 12, 2019,

16   less than a month later.

17         Now, during this trial, you've heard numerous

18   witnesses testify about why Trance took and sent this

19   picture to members and associates in the GLCS clique.

20   Trance was turning Norman into the clique knowing full

21   well that MS-13 kills rival gang members whenever the

22   opportunity to do so presents itself.

23         Trance knew this because, as you've heard

24   from numerous witnesses, attack and kill *chavala*s is

25   one of the first and primary rule of MS-13.  Trance

1   knew this because he and Fearless had talked about it.

2          For example, this is a phone call between

3   Fearless and Trance on March 20, 2019.  During this

4   call, Fearless asks Trance, "Hey Doggie, did you

5   already see the messages in the telegram?  Look at them

6   right now.  Something came out about you.  It came out

7   that you were hanging out with a *chavala*."

8          Trance, knowing that he shouldn't be doing

9   that, emphatically denied the accusation:  "No way."

10          Fearless continued, "It says you brought him

11   to the Bird Park once and you served him."

12          Trance confirmed that was true:  "Yeah, yeah,

13   man."

14          Then Fearless told Trance exactly what to do

15   with a *chavala*, the same thing GLCS does with *chavalas*

16   whenever they get the opportunity to do so:  "Get rid

17   of that fag.  Put the photo up."

18          Trance responded, "Yes."

19          Trance responded yes, ladies and gentlemen,

20   because Trance knew what GLCS gang members were

21   supposed to do with *chavalas*.  Fearless did not hide

22   that from Trance or anyone in the clique.

23          And this is a telegram message Fearless sent

24   on July 7, 2019, a week before Trance sent a photograph

25   of Norman to the GLCS clique in the telegram group

1   chat:

2           "Trance, Saturday."

3           Trance responded, "Yeah."

4           Trance:  "Saturday, what's up?  Free wings?"

5           And as Mental told you, wings in this context

6   refers to an identified gang rival target GLCS wanted

7   to kill.  And Fearless confirmed as much telling Trance

8   in the group chat, "This Saturday you and I are going

9   to wait to pick up the beachofflay (phonetic) along

10  where you say he walks."

11          You see, ladies and gentlemen, Trance

12  surveilled this individual for the clique too.

13          Fearless continued, "He goes along there on

14  Saturdays."

15          To which Trance responded, "Copy, Dog."

16          And Fearless made it very clear what he

17  wanted to happen, Samurai style, which Mental told you

18  meant attacking a *chavala* with a machete.

19          Trance responded, "Ten to twelve."

20          And this is a text message from Fearless on

21  March 11, 2019, three days after Oscuro shot Elvin:

22  "You go with Trance and go pick up a week out of his

23  mind kit."

24          "Who?"

25          And the idea of who was made very clear, "A

1   guy they called Rudin.  Trance has the photo."

2             Unfortunately, for Norman on August 12, 2019,

3   Trance also had his photo.  Trance's plan to identify a

4   *chavala* to his gang via a picture -- so the gang could

5   kill the *chavala* -- was put into violent action.

6             This is exactly how Trance described Norman

7   when he sent the picture of Norman to GLCS in the

8   telegram group chat:  "This fag was here washing."

9             And as you learned during this trial, "shit

10  on his legs" is Trance referring to the 18th Street

11  gang tattoo blazing on Norman's leg.

12            And this is what Trance showed the clique

13  approximately four minutes after he sent the clique a

14  photo of Norman.

15            As Mental testified, Trance also sent this

16  photo of Norman to GLCS.  This picture demonstrates

17  that Trance, again, made very sure that GLCS knew that

18  Norman, the *chavala*, was hanging out by the laundry in

19  their area, the very same laundry where he was

20  ultimately shot.

21            You know Trance took this picture simply by

22  looking at the picture itself.  At the bottom of the

23  picture, it has Trance's name.  At the top, it features

24  what number the photograph was in the telegram group

25  chat.

1        And, once again, in that picture, Trance did
2   not even bother to try to ID Norman's face for the
3   clique.  Instead, he focused on what was important to
4   GLCS, the 18th Street gang tattoo there present on
5   Norman's leg identifying him as a rival, a *chavala*.
6   From there, Gears took the baton of the conspiracy to
7   kill Norman from Trance.
8        During this trial, you heard testimony that
9   approximately a week before Norman's attempted murder,
10  Norman was out drinking with a friend at a bar in
11  Manassas called El Tenampa late on the night of
12  August 3, 2019, into the early morning hours of
13  August 4, 2019.
14       You saw the videos that were sent by Arlene
15  Tovar to Fearless that showed Norman being confronted
16  by members and associates of the Pulgaritos clique that
17  night.  Here's one of those videos.
18      (A video is played.)
19      MR. MURPHY:  Norman being confronted by
20  members and associates of the Pulgaritos clique with
21  his 18th chain on desperately trying not to get killed
22  that night, ladies and gentlemen.  He explained he
23  didn't want any problems with MS-13 and he was just out
24  trying to enjoy a drink with a friend.
25       And in the videos that you saw during this

1  trial, you saw Norman try to dap up one of his would-be

2  assailants.  By the end, Norman had hoped that he had

3  made his peace with MS-13 and that he could go about

4  living his life as a 39-year-old man.

5          As you saw from the evidence in this trial,

6  Norman was wrong.  Because what Norman did not know was

7  that Gears was also at Tenampa that night surveilling

8  Norman.  Here's a Facebook message sent by Gears on

9  August 4, 2019:  "In Manassas at El Tenampa."

10          Here you can see Gears' phone in green

11  pinging off towers near El Tenampa between 11:01 p.m.

12  on August 3, 2019, and 2:58 a.m. on August 4, 2019.

13          Norman did not know that Gears and Fearless

14  were texting back and forth that night discussing their

15  very plan to kill him.  These telegram messages prove

16  without a doubt that Gears was all in on the conspiracy

17  to murder Norman, ladies and gentlemen.

18          Shortly after midnight on August 4, 2019,

19  Fearless and Gears were talking about Norman when Gears

20  told Fearless:  "Better for Buer to take him out, and

21  I'm going with Buer if you want."

22          Fearless responded:  "I want to get out right

23  now with a machete.  Let me think about how the getaway

24  can be."

25          Gears did not want to think about the escape

1  plan, ladies and gentlemen.  Gears was ready to kill

2  Norman then and there:  "Money is telling me for us to

3  go for his gun now, Dog."

4          Gears kept pushing:  "They both came out,

5  Dog.  Does he want us to hit the guys?"

6          Fearless was not even sure if Norman was

7  still there.  Gears then confirmed:  "They returned."

8          Gears, ladies and gentlemen, was desperate to

9  get in on the action to kill Norman:  "If you will go

10 take me, Dog, tomorrow, I will contact the guy there to

11 find out where they live there."

12         Gears wanted to personally find out where

13 Norman lived, ladies and gentlemen, and then Gears used

14 that term that you have heard over and over and over

15 again in this trial:  "As soon as Money comes out and

16 as soon as Money comes in, we combine to play or for

17 you guys to play if you believe it's not my time."

18         As you learned during this trial, when GLCS

19 says "play," they mean kill a *chavala*.  The *chavala*

20 Gears was talking about was Norman.

21         And Fearless let Gears know it was his time

22 to play because Gears had been surveilling Norman for

23 the clique.  Fearless then told Gears he was going to

24 let El Salvador know what happened that night and how

25 El Salvador reacted to the video of Norman that

1 Fearless had sent to gang leadership in El Salvador.

2        Fearless and Gears then next discuss looking

3 for a machete, and Gears specifically asked for the

4 video that was recorded that night of Norman to see if

5 anyone knows where he lives.  Fearless was proud of

6 Gears, ladies and gentlemen, proud of his relentless

7 effort to try to pursue and kill Norman that night:

8 "You got balls, Dog.  I did notice that."

9        I submit to you, ladies and gentlemen, that

10 Fearless was not the only person Gears discussed

11 killing Norman with that night.  You saw in evidence

12 the messages that were exchanged between Fearless and

13 Arlene Tovar at about the same time that night.  One of

14 those messages from Fearless, "I will eat him,"

15 referring to Norman.

16        Then Fearless told Arlene Tovar:  "Delete

17 these conversations."

18        While Fearless and Arlene were talking about

19 killing Norman, Gears and Arlene were also exchanging

20 numerous text messages with each other that night.

21        And the very next day, Gears and Fearless

22 discuss Gears buying a gun to play.

23        And in case there remains any confusion,

24 Fearless told Gears exactly what he meant by play:

25 "You only need two shots, one to the chest, the other

1 to the head."

2          How did Gears respond to that, ladies and
3 gentlemen:  "That's the way I told them, to try to put
4 it at once in the head."

5          This brings us now to August 12, 2019.  You
6 learned from Norman that he went to the laundromat or
7 the shopping plaza in Manassas to wash his clothes.
8 While there washing his clothes, he was joined by a
9 friend, and they had some beers behind the laundromat
10 in this area right here, right beside the shopping
11 plaza where the laundromat is.

12          Going to Mental, that very same afternoon
13 Nocturno and Buer came to pick Mental up from Buer's
14 house, and all three of them drove to this very same
15 shopping plaza where Norman was at.  Mental tells you
16 that he, Nocturno, and Buer were seated by the
17 dumpsters next to each other when they all spotted
18 Norman, the *chavala*, walking across the parking lot
19 area.

20          You learned that they recognized Norman from
21 the tattoos that they had seen in the photographs that
22 Trance had previously sent the clique.

23          And from there, the whole purpose of why
24 Trance sent those photographs became crystal clear.
25 Mental told you that Buer immediately exclaimed:  "That

1  guy is mine.  Let's go."

2           And Buer asked Nocturno to drive him back to

3  Buer's house so they could go and get a gun.  As you

4  saw and heard during this trial, Nocturno did exactly

5  that.

6           You learned that from Mental, that while

7  Nocturno was driving to Buer's house to get the gun,

8  Buer called Fearless to get permission to kill Norman

9  at the laundromat.  Mental told you that Buer's side of

10 the conversation was plainly audible in the car.

11          Here is that conversation, ladies and

12 gentlemen, between Buer and Fearless that occurred in

13 Nocturno's car.  Buer told Fearless:  "Hey look, we

14 just spotted that fag by the laundry, loco, and I want

15 to go."

16          Fearless asked who, and Buer told him:  "The

17 fag, the young kid, the one with the legs."

18          Now, you should note, ladies and gentlemen,

19 that Buer did not say, "the one whose face I

20 recognize."  Buer did not say, "the one with the 18th

21 chain I recognize."  Both of those things were plainly

22 visible in the Tenampa videos featuring Norman.

23          Buer said, "the one with the legs," the same

24 leg that Trance had twice photographed and sent to

25 GLCS.

1    You should also note that Buer did not say,

2  "I spotted him."  Buer said, "We spotted him," because

3  as Mental told you, all three of Nocturno, Buer, and

4  Mental were together when they all spotted Norman by

5  the laundromat that day.  And as you've learned from

6  the testimony and evidence during the trial, these are

7  the legs that Buer recognized thanks to Trance.

8    After receiving this information, Fearless

9  asked:  "Can it be done?"

10    And Buer told him:  "Yeah.  There are not too

11  many people there."

12    Fearless then asked, "What about the

13  cameras," to which Buer responded, "He's there.  He's

14  in the back there, you know, like by the garbage cans."

15  These garbage cans, ladies and gentlemen.

16    And after making sure the cameras would not

17  spot them when they try to kill Norman, the next thing

18  Fearless and Buer discuss, the next thing they had to

19  be sure of, was the escape plan.  As you've heard

20  during this trial, that was Nocturno's job, ladies and

21  gentlemen.

22    Buer told Fearless:  "In the getaway, we can

23  take care of it, Dog, the three of us that are here,

24  because then we have -- I was with Dengue and Mental."

25    Fearless, referring to Dengue, asked:  "Is he

1  still there?"

2          And Buer confirmed Dengue was still there.

3          You see, ladies and gentlemen, just as they

4  needed Solo to drive to try and kill Elvin, they needed

5  Dengue for the plan to kill Norman to work.

6          Here you can see Nocturno's phone in purple

7  and Norman's phone in blue, both pinging off towers

8  near the laundromat where Norman was shot between 5:35

9  and 5:39 p.m. in the early evening of August 12, 2019.

10          You can also see GPS location data in yellow

11  for Buer's phone between 5:34 and 5:39 p.m.

12          The next part of the plan, ladies and

13  gentlemen, was to make sure that they had the gun with

14  which to try and kill Norman.  Fearless asked Buer:

15  "Do you have the gun with you?"

16          And Buer, who was in Nocturno's car at that

17  time driving back to his house, told Fearless:  "No.

18  I'm on my way to get it.  I am near the house."

19          You learned during this trial what happened

20  after Nocturno took Buer to his house to get that gun.

21  Buer came from his house back to Nocturno's car

22  carrying this gun, ladies and gentlemen.  Buer was also

23  carrying a mask and a change of clothes, a gun, a mask,

24  and a change of clothes back to the car.  There was no

25  question at that point in time what Buer was going to

1  do with a gun, a mask, and a change of clothes.

2           Nocturno then drove Buer and Mental to a

3  wooded area near Trance's house and the laundromat

4  where Norman was shot.  Everyone in the car at that

5  point knew that the plan was to try and kill Norman by

6  the laundromat, everyone in the car, including

7  Nocturno, who was a knowing member of the conspiracy to

8  kill Norman.

9           Here you can see Nocturno's phone in purple

10 and Norman's phone in blue, both pinging off towers

11 near the laundromat where Norman was shot between 6:12

12 and 6:29 p.m. around the time that Norman was shot.

13          You can also see the yellow GPS location data

14 from Buer's phone at that very same laundromat between

15 6:08 p.m. and 6:29 p.m.

16          Mental told you that in the car on the way

17 there, he, Buer, and Nocturno discussed that they would

18 pick Buer up from Peno's house.  And as you've heard

19 during this trial, Peno was an associate of GLCS after

20 it was done.

21          In the woods near Trance's house, Mental told

22 you that Buer changed his clothes and told Mental that

23 he and Nocturno should drive around and wait for five

24 minutes before coming back to pick him up.

25          So Mental returned to Nocturno's car, and

1   that's exactly what they did.

2              You learned that Buer shot at Norman twice.

3   One of those bullets struck Norman in his torso.  You

4   saw the horrific results of that attack.

5              Here you can see Nocturno's phone in purple

6   and Mental's phone in red, both pinging off towers near

7   the laundromat where Norman was shot between 7:12 and

8   7:29 p.m.

9              And after sending Norman to the hospital, you

10  learned what Nocturno, Buer, and Mental did after the

11  shooting.  They went to Gears' house for help.  Here

12  you can see Nocturno's phone in purple and Gears' phone

13  in green, both pinging off towers near Gears' house

14  between 7:35 and 8:13 p.m.

15             You can also see the GPS location data in

16  yellow from Buer's phone also near Gears' residence

17  between 7:35 and 7:57 p.m.

18             As you learned during this trial, when

19  Nocturno, Buer, and Mental arrived at Gears' house,

20  Buer told Gears he had just shot a *chavala* in a shed

21  behind Gears' house.

22             You also learned that they needed a hotel to

23  hide from the police because, as Mental told you,

24  Buer's house would be the first place the police went

25  to look for Buer.  So Mental told you that in that same

1  shed, he asked Gears to get them a hotel room.  But

2  before Gears rented Mental and Buer a hotel to hide out

3  in, Gear gave Nocturno a different car to use so that

4  would Nocturno would not be driving around in a hot car

5  that he just used to take Buer to and from the scene of

6  Norman's shooting.

7           At 7:51 p.m. -- so this is a little over an

8  hour after Buer had shot Norman by the laundromat --

9  Fearless texted Mental:  "Tell Buer to throw his shoes

10  away."

11           Fearless then asked Mental:  "Where is

12  Dengue?"

13           At 8:41 p.m., Gears and Fearless talked on

14  the phone.  Fearless, referring to Buer and Mental,

15  asked Gears:  "So where are they?"

16           And Gears told Fearless:  "I am going to take

17  them home right now."

18           Gears then explained to Fearless why Buer did

19  not have his phone on:  "Buer had his phone off because

20  he had it with him."

21           When you think about what Gears knew about

22  the shooting before he rented the hotel for Buer and

23  Mental, ladies and gentlemen, ask yourselves:  Why

24  would Gears tell Fearless Buer had his phone off

25  because he had it with him?

1          I submit to you, ladies and gentlemen, it's

2   because Gears was told directly by Buer not only that

3   he had just shot a *chavala* but that he had his phone on

4   him while he did so.  What other place could Buer have

5   been that evening that would suddenly require Buer to

6   have his phone off?

7          Gears then told Fearless:  "I'm going there

8   right now.  He is going to stay at a hotel."

9          Gears repeated to Fearless:  "I said he's

10   staying at a hotel," and then told Fearless, "He's just

11   going to pick up some clothes.  I will tell him to call

12   you in a little bit."

13          This is the hotel, ladies and gentlemen, that

14   Gears rented for Buer and Mental that night to hide out

15   in, Room 226 at the Quality Inn in Manassas, Virginia,

16   rented by Jose Gonzales, checking in 13 minutes after

17   this very same phone call between Gears and Fearless.

18          Here you can see Nocturno's phone in purple

19   and Mental's phone in red, both pinging off towers near

20   that Quality Inn between 9:25 p.m. and 9:42 p.m.  You

21   can also see the yellow GPS location data from Buer's

22   phone pinging off or around the Quality Inn Hotel

23   between 8:54 p.m. and 9:42 p.m.

24          After Fearless and Gears discussed the hotel,

25   Fearless spoke directly with Buer about the police

1    looking for him.  Fearless told Gears:  "Put him on."

2                Then Buer got on the phone, and Fearless told

3    Buer:  "They haven't arrived at your house?"

4                Trance says that they are searching.  They

5    are tracing footsteps.  Throw away those shoes.  They

6    are searching for steps you took.

7                As Mental told you, he gave Buer his shoes

8    because Trance was surveilling the police activity at

9    the scene of the crime and making sure that everyone

10   knew in the clique what the police were doing.

11               Fearless told Gears:  "Over there is full of

12   cops says Trance.  Trance is over there checking."

13               At 8:58 p.m. Fearless texted Mental a

14   warning:  "The fag's van is there following Gear."

15               And not even a day after the shooting,

16   Nocturno went to make very sure the police would not

17   find the gun he took Buer to go and get in order to

18   shoot Norman.

19               Nocturno told the GLCS group chat:  "So the

20   gun, you guys should move it if that loco has it in his

21   house."

22               You heard from Mental that Nocturno was

23   talking about Buer's house.  Here you can see

24   Nocturno's purple phone pinging off towers near Buer's

25   house at 3:33 a.m. and 8:23 a.m. on August 13, 2019,

1   within hours of the shooting that had just occurred.

2          You can also see GPS location data from

3   Buer's phone in yellow near his residence at 3:33 a.m.

4   and 9:44 a.m.

5          I submit to you, ladies and gentlemen, that

6   Nocturno and Buer were making sure law enforcement

7   would never find the gun that Nocturno drove Buer to

8   get and that Buer used to shoot Norman.  As you learned

9   during this trial, ladies and gentlemen, the police

10  never did find that gun.

11         During this trial, you saw evidence of the

12  numerous calls and text messages that were exchanged

13  between Trance, Nocturno, Gears, and other members and

14  associates of GLCS related to Norman's shooting.

15         Here you can see Buer calling Fearless at

16  5:35 p.m. to get authorization to shoot and kill

17  Norman.  At 6:33 p.m., moments after Norman was shot,

18  the GLCS telegram group chat blows up with messages

19  back and forth, two of which are sent by Trance.

20         At 8:13 p.m. Gears and Fearless talk on the

21  phone.  At 8:38 p.m. Gears and Fearless talk on the

22  phone again.  The GLCS group chat continues to blow up.

23  At 8:50 and 8:53 p.m. Fearless and Gears talk on the

24  phone again immediately followed by a call between

25  Trance and Buer at 8:54 p.m and two more calls between

1  Fearless and Gears at 8:56 and 8:58 p.m.

2          The telegram group chat all the while

3  continues to blow up, including with the message from

4  Nocturno, who talked on the phone three times with Buer

5  between 9:26 and 9:42 p.m.

6          Again, ladies and gentlemen, to say these

7  actions that I've just recounted prove that Trance,

8  Gears, and Nocturno knowingly joined a conspiracy to

9  murder Norman is to state the obvious.  The evidence of

10  what Trance did to surveil and identify the victim

11  alone means he is guilty of conspiracy as related to

12  Norman's attempted murder even if you believe for some

13  reason he had no idea what GLCS might do to the

14  individual identified in that photo, which, again, I

15  submit for the reasons I've already discussed is

16  complete nonsense.

17          Similarly, the evidence of what Gears did to

18  surveil the victim alone means he is guilty of the

19  conspiracy to murder Norman.  Even if you believe for

20  some reason he had no idea what was going to happen to

21  Norman, despite the fact he and Fearless had

22  specifically discussed killing Norman.

23          Finally, the evidence of what Nocturno did

24  after he, Buer, and Mental saw Norman at the laundromat

25  on August 12, 2019, alone means he's guilty of the

1  conspiracies related to Norman's murder, even if you

2  believe for some reason he, too, had no idea why Buer

3  was walking back to his car with a gun, a mask, and a

4  change of clothes.

5          Much of what Mental and Norman told you and

6  much of what you saw from the other evidence in this

7  case is corroborated by the confessions that Nocturno

8  and Gears made to law enforcement.

9          During Nocturno's confession, he told Special

10 Agents Rivera and Schmitt that the gang called him

11 Nocturno and Dengue and that his Facebook name was

12 Not-To-GLCS (phonetic).

13         You also learned that Nocturno confessed that

14 he was with Buer and Mental by this little store,

15 ladies and gentlemen, on the day Buer shot Norman.

16 Nocturno told special agents that while they were

17 smoking near the dumpsters, he saw the trouble.  The

18 trouble, ladies and gentlemen, who is Norman.

19         Nocturno admitted as much when he told

20 special agents that the man he saw had a lot of

21 tattoos.  Once again, Nocturno did not identify Norman

22 by his face.  Nocturno did not identify Norman by the

23 18th chain he wore around his neck.  Nocturno

24 identified Norman by his tattoos, the tattoos that

25 Trance had repeatedly identified to the clique.  These

1    tattoos, ladies and gentlemen.

2              Nocturno admitted that upon seeing the

3    trouble, Buer reacted badly with an angry face and

4    angrily told Nocturno:  "Go drop me off at home."

5              Nocturno then admitted that he then took Buer

6    home.

7              Nocturno admitted that while he was taking

8    Buer home, Buer made a call in his car.  You've already

9    seen that call between Buer and Fearless that occurred

10   in Nocturno's car, and no one in the car could mistake

11   what was going on on that call.

12             Nocturno admitted that Buer went into his

13   house and came back out of his house with a shirt in

14   his hands.  Nocturno admitted that he then dropped Buer

15   back off by the little store near the laundry, and

16   Nocturno admitted that during this whole time, Mental

17   was with him.

18             Nocturno admitted that when they got to the

19   area near the little store, Buer and Mental got out of

20   the car, and Mental then came back to the car and told

21   Nocturno that they needed to leave the area.  Nocturno

22   admitted that he left the area and drove around with

23   Mental.

24             Perhaps most significantly, ladies and

25   gentlemen, Nocturno admitted that he knew what he was

1  getting himself into.

2        Ladies and gentlemen, even if you think for

3  some reason that Nocturno didn't knowingly join the

4  conspiracy to try to murder Norman before that point,

5  even if you think Nocturno didn't aid and abet Norman's

6  attempted murder by driving Buer from the laundromat

7  back to his house to get a gun and back to the

8  laundromat, at the moment Nocturno left to drive the

9  car around to, again, deflect attention from the crime

10 scene knowing what was going to happen to Norman, at

11 that moment, Nocturno was a fully invested member of

12 the conspiracy to murder Norman, and he was aiding and

13 abetting that attempted murder.

14       You learned that during Gears' confession, he

15 told Special Agent Schmitt and Detective Speights that

16 Fearless called him Gears.  You learned from the

17 message sent by Fearless himself that Gears was a *paro*

18 in the GLCS clique.

19       Here you see Fearless telling the GLCS clique

20 in the group chat plainly and unequivocally, "Everyone

21 now only knows Gears," who was of the clique.  "If he

22 needs something, it is to be done for him because the

23 dog for sure is GLCS."

24       And here's Fearless telling Gears:  "I told

25 them you're a *paro* for the clique, that I respond for

1    you."

2          Gears also admitted that he gave Buer a ride

3    the day of Norman's shooting.  Specifically, he

4    admitted that he went to Buer's house and then to a

5    hotel near I66 with Buer and another guy.  And as

6    you've learned during this trial, another guy is

7    Mental.

8          Gears admitted that there was also another

9    guy who was driving a black car, like a Scion that

10   looked like a box, which Gears knew because he told

11   Special Agent Schmitt and Detective Speights that Gears

12   knows cars.  Gears admitted that he gave the person who

13   drove the black box another car to drive and that that

14   person took and drove that car.

15         Gears admitted that the other kid who lived

16   with Buer, again, who you learned during this trial was

17   Mental, told Gears they wanted to stay at a hotel.

18         Gears admitted that he then took Buer to

19   Buer's house to get clothes and that he then took him

20   to a hotel in Manassas, which Gears admitted he rented.

21         Gears admitted that he knew that the shooting

22   had occurred at a little marketplace where there was an

23   Indian store and that Fearless had called him that

24   night and told him to give Buer a ride.

25         Just like Solo's confession, ladies and

1  gentlemen, what Nocturno and Gears told law enforcement
2  is exactly what Mental told you happened.
3         Nocturno's and Gears' confessions and all the
4  other evidence that I've recounted establishes beyond a
5  reasonable doubt that Gears, Nocturno, and Trance were
6  all members of a conspiracy to murder Norman, that
7  Nocturno aided and abetted in an attempt to do so, and
8  Nocturno knew a dangerous weapon was going to be used
9  in that attempt to do so.
10         The evidence also establishes that Gears
11  helped Nocturno, Buer, and Mental after Norman's
12  attempted murder in order to avoid law enforcement
13  detection.  Therefore, Nocturno, Gears, and Trance were
14  all guilty of the crimes with which they've been
15  charged related to Norman Medina Sanchez's attempted
16  murder.
17         Now that we've talked about the violent
18  crimes that have been charged specifically in the RICO
19  conspiracy, I'd like to talk with you now about these
20  defendants' involvement in drug distribution on behalf
21  of the clique because that is the second racketeering
22  activity, drug distribution, that each one of these
23  defendants has been charged with in this case.
24         For that, I'd like to start with the traffic
25  stop that occurred in Fairfax County on April 20, 2019,

1   involving Solo and Nocturno.  You heard from Mental

2   that he and Solo were together all day that day selling

3   cocaine on the day of the traffic stop.  That very

4   morning Solo exchanged ten calls and text messages with

5   Nocturno and Trance.

6           Nocturno and Trance were not the only people

7   Solo was talking to before the traffic stop on

8   April 20, 2019.  At 11:20 a.m. that day, Solo told

9   Fearless, "of the sugar."

10          And Fearless told Solo:  "It's 2,400 that

11  we're carrying there, Dog."

12          A minute later Solo sent a picture to

13  Fearless:  "There it is, Dog."  This is the picture

14  Solo sent, ladies and gentlemen, recovered from Solo's

15  phone and created at 11:21 a.m. on April 20, 2019.

16          Fearless responded to this picture from Solo

17  by telling Solo:  "That's 48 bags."  And Solo went to

18  work that day, ladies and gentlemen, to move that 48

19  bags of cocaine.

20          At 12:17 p.m., Solo told a customer:  "Hey, I

21  now have sugar in case you want some today.  Let me

22  know."

23          Later that same evening Trance contacted the

24  guy who had 48 bags of cocaine asking Solo:  "Loco, you

25  guys got coke for me to sell?"

1      As you learned from the testimony and
2  evidence related to that traffic stop, Solo did not
3  have enough cocaine left for Trance to sell.  Solo had
4  already sold 44 of those 48 bags of cocaine by the time
5  of that traffic stop.  Here you can see the four bags
6  of cocaine that were left.

7      After spending the day selling cocaine, Solo
8  transitioned to a second assignment for GLCS that
9  evening.  Fearless spelled out this second assignment
10  directly, ladies and gentlemen.  Fearless told Solo:
11  "Today is 4/20.  Today the fag is smoking out on the
12  street."

13      And then at 3:43 p.m. Fearless told Solo:
14  "Go to Annandale to put pressure."  And we know, ladies
15  and gentlemen, that is exactly what Solo, Nocturno, and
16  other members and associates of GLCS did in Annandale
17  that day and night.  You know this because you saw the
18  evidence of what was recovered from Solo's car, the
19  evidence and the tools that they were using to put on
20  pressure in Annandale that day and night.

21      When Solo's car was stopped by the Fairfax
22  County Police in Annandale that night, a machete was
23  recovered from Nocturno's pants, this machete.  And the
24  Sig Sauer firearm that Oscuro used to shoot Elvin was
25  also recovered from Solo's car that night.

1           And much of what Mental told you about that

2    traffic stop and much of what you saw from the evidence

3    for yourselves related to that traffic stop is

4    corroborated by Solo's confession.  You learned that

5    during Solo's confession.  He told Special Agent Fowler

6    that the very same .45 caliber gun Oscuro used to shoot

7    Elvin was recovered from his car during the traffic

8    stop.  Solo told Special Agent Fowler that he knew it

9    was the same gun because that was the only gun the

10   clique had at that time.

11          Solo admitted that the guy showed him that

12   gun in his car the very day of the traffic stop and

13   that he touched the gun that day when they put it in

14   the front seat of his car.  Solo admitted that he told

15   him to take the gun off of there and that he picked it

16   up and gave the gun back to them, which is when Solo

17   said they put it in a briefcase in his car.

18          Solo admitted that he was selling drugs the

19   day of the traffic stop and that he would take Mental

20   and others to places to sell drugs.  April 20, 2019,

21   ladies and gentlemen, is just one day in the life of

22   GLCS's drug distribution operation.

23          Here's Fearless the day before the traffic

24   stop telling Solo:  "I want to know how many joints you

25   guys are carrying and how many bags of coke."

1        Solo told Fearless:  "I just have four

2   marijuana joints and five baggies of snow."

3        Solo told Fearless:  "Dog, today we put out

4   another 100 a little while ago.  Dog, when are you

5   going to use more snow, Dog, because I've already sold

6   the other four, Dog, and there's just one?"

7        You also heard testimony and saw evidence

8   throughout this trial that Trance was heavily involved

9   in distributing drugs on behalf of the GLCS clique.

10  For example, during a call on March 31, 2019, Fearless

11  told Trance directly and unequivocally:  "I need you.

12  I need you to buy.  I need you to sell stuff."

13       Trance enthusiastically responded:  "Oh, all

14  right."

15       Fearless then stated:  "Yeah, I'm going to

16  tell them, look, ten bags for you."

17       Trance then confirmed:  "All right.  Yeah.

18  That's fine."

19       Then the day after the traffic stop, Fearless

20  called Trance and told him:  "Yeah.  He had given you

21  seven bags, right?"

22       And Trance responded:  "Yes.  I already have

23  the money here."

24       Fearless then asked Trance:  "You already

25  sold it?"

1          And Trance confirmed:  "Yes, right away.  I

2    sold all of them in just two days."

3          Fearless then told Trance:  "We're going to

4    go and give you more."

5          Trance responded:  "Yeah, I already worked it

6    all.  The money is here.  I'll send it to you with the

7    money."

8          Fearless then told Trance:  "Anyway, better

9    yet, we're going to send you a whole one because I see

10   now that you are good for that."

11         Trance confirmed:  "Once that loco gave it to

12   me, I sold one right way."

13         Fearless told Trance:  "I'm going to send you

14   the whole zip."

15         Trance, once again, happy to take on the duty

16   of distributing drugs on behalf of GLCS, told Fearless:

17   "All right, man.  Let me know."

18         This is a call between Fearless and Mican

19   (phonetic), who we learned was also an associate of

20   GLCS.  This call was made on May 10, 2019, what you

21   learned during this trial was the exact same day that

22   law enforcement executed a search warrant on the

23   residence of Buer and Javier Bonilla.

24         During this call, Fearless asked Mican about

25   what had been taken by law enforcement from Buer's

1   house, including bullets, the gun, and cocaine.

2            With respect to the cocaine, Mican told

3   Fearless:  "So the snow is that he" -- referring to

4   Buer -- "gave to Trance yesterday.  I don't know if he

5   gave it all or just some."

6            In the call with Tovar, Buer confirmed

7   exactly how much of the cocaine he had already given to

8   Trance.  Buer told Fearless:  "Law enforcement only

9   recovered two bags of cocaine from his house because I

10  had already moved seven to Trance."

11           Fearless then confirmed:  "So you don't have

12  any product?"

13           To which Buer confirmed:  "Nothing, only

14  Trance has."

15           Buer then explained:  "Like I'm telling you,

16  I had moved 7, 7 grams for 5 points.  And the other,

17  he" -- referring to Trance -- "had the other stuff.  He

18  had the other money."

19           During his voluntary debrief with law

20  enforcement, Trance admitted that his gang nickname was

21  Trance, admitted that he was a *chequeo* in GLCS,

22  admitted that he attended gang meetings, admitted that

23  he paid dues to the clique, and he admitted that at one

24  point in time, he was the one who was responsible for

25  collecting dues for the clique, ladies and gentlemen.

1          You also heard testimony and saw evidence

2  throughout this trial that Gears was heavily involved

3  in distributing drugs on behalf of GLCS.  The day

4  before the traffic stop, Gears called Fearless and

5  asked him:  "Do they have a car to get around?  Is Solo

6  here?  Because in a little, I'm going to receive an

7  address.  They, they want to."

8          Fearless responded:  "I'll call Mental in a

9  little while."

10          To which Gears responded:  "All right.  So

11  give him my number, have him text me, and I'll send him

12  the address."

13          Shortly thereafter, Fearless asked Gears on

14  the phone:  "Um, two, just two, right?  He wants two

15  baggies, right?"

16          Gears then told Fearless:  "Yes, but tell

17  that loco that if they're giving samples, to give that

18  dude ones that are full."

19          Gears then explained to Fearless:  "For this

20  particular customer, it's beneficial to have this guy

21  there because this guy is frequent.  Sometimes he goes

22  through $600 a weekend."

23          Shortly after that, that same day before the

24  traffic stop, Gears told Fearless on the phone:  "Have

25  them get on it because that loco has been there for a

1  while, and now he wants to -- he's going to leave

2  there."

3           Fearless explained they are running behind

4  because they went to drop off another hundred.

5           Gears and Fearless then confirmed that they

6  were coming in Solo's car.

7           Later that same day, before the traffic stop,

8  Fearless told Gears on the phone:  "They have six

9  tablas because they don't want to buy the other two

10  bags."

11           And as you learned during this trial, ladies

12  and gentlemen, tablas refers to money.

13           Fearless explained to Gears that Solo had 50

14  and the dude wanted to leave the two bags there and

15  that he would pay him tomorrow.  So instead, Solo left.

16           Gears responded:  "Because right now I only

17  have 50."

18           In that same conversation, Fearless told

19  Buers:  "Send me more customers like that.  That's the

20  way I like it."

21           On July 17, 2019, Gears texted Mental:  "Hey,

22  Dog, I spoke with F," who you learned during this trial

23  refers to Fearless.  "For each baggy that you manage to

24  sell, you will be given $10, Dog."

25           On July 22, 2019, Gears texted Mental:

1  "Where you at?  They need two of the Isla by your

2  house."

3         Gears continued:  "The girl works there.

4  It's for a -- her customer.  She can't leave there."

5         And as Mental told you, the Isla is a

6  restaurant in Manassas.

7         And on July 27, 2019, Mental asked Gears if

8  he had snow, and Gears responded:  "How much you need,

9  Dog?"

10        And on August 3, 2019, Gears texted Fearless

11 on telegram and told Fearless to contact Trance.  "How

12 much does he have of that?  I have to make some money,

13 loco."  Subsequently, Gears and Fearless clarified

14 exactly what they meant by how much does he have of

15 that.  Fearless explained that Trance would arrive at

16 9:30 to give Gears 400.

17        Gears responded.  He wanted to see -- he

18 wanted to see if another person to buy a half, and

19 Fearless then specifically asked Gears:  "And are you

20 going to sell?"

21        And Gears responded, "Yes."

22        On August 6, 2019, Mental texted Gears:  "250

23 for 3 all right?"

24        And Gears responded, "Yeah."

25        And less than 20 minutes later, Mental asked

1  Gears:  "If this runs out on me, you are going to give

2  me more, right?"

3          And Gears responded, "Yes, Dog."

4          And as Mental testified, he was specifically

5  talking about getting more cocaine from Gears in this

6  conversation.

7          We also know that Nocturno was involved in

8  selling drugs on behalf of the GLCS clique.  On

9  August 10, 2019, Nocturno texted Mental:  "Hey, Dog,

10 that guy that bought from me the day before yesterday

11 wants a 300, but he's asking if you will let him have

12 it for 250.  If it's all right, he feels another baggy.

13 They are the same bags with the 250."

14         Mental responded, "Yeah, Dog."

15         Prior to that, on August 8, 2019, Mental

16 texted Gears:  "Hey, yesterday I went to put out a 50,

17 and I gave 10 to Nocturno.  Now he's going to put out

18 more.  I'm going to give him 10.  Right?"

19         Gears responded, "Yeah.  Tell him that the

20 next week I'm going give him if he wants to put out.

21 So you can do your thing, Dog, and I will speak

22 thoroughly with him."

23         As Mental told you when he testified, he was

24 talking about cocaine that he had given to Nocturno.  I

25 submit to you, ladies and gentlemen, that you also know

1 that Nocturno sold drugs on behalf of the GLCS clique

2 because of all the videos and photographs Nocturno took

3 of himself selling drugs in his phone, videos like

4 this.

5        (A video is played.)

6            THE COURT:  And photos like this.  Excuse me,

7 videos like this.

8        (A video is played.)

9            MR. MURPHY:  And photos like these, the exact

10 location of the drugs.

11       (Pictures are shown.)

12           MR. MURPHY:  And Solo and Trance's

13 confessions and all the other evidence that I've

14 discussed with you relating to the clique's drug

15 distribution establishes beyond a reasonable doubt that

16 Solo, Gears, Trance, and Nocturno were all members of a

17 conspiracy to distribute marijuana and cocaine on

18 behalf of the GLCS clique and that Solo possessed

19 cocaine on April 20, 2019, with the specific intent to

20 sell that cocaine.  Therefore, Solo, Nocturno, Gears,

21 and Trance are all guilty of each one of the drug

22 crimes with which they've been charged in this case,

23 ladies and gentlemen.

24           So ladies and gentlemen, that now covers the

25 RICO conspiracy and each of these defendants'

1   involvement and guilt in the RICO conspiracy.  That

2   would be the longest discussion that we have about any

3   of the crimes that have been charged in this case.

4            Now, I'd like to talk with you now briefly

5   about the VICAR crimes that each of the defendants are

6   also charged with in this case.

7            THE COURT:  Thank you, Mr. Murphy.

8            We're going to take our morning recess at

9   this time.  We will reconvene at 11:45.  Do not discuss

10  this case among yourselves during the recess.

11       (The jury exits at 11:26 a.m.)

12            THE COURT:  All right.  You have 15 minutes

13  left.

14            MR. MURPHY:  Thank you, Your Honor.

15            THE COURT:  The Court will stand in recess.

16       (Recess from 11:26 a.m. until 11:48 a.m.)

17       (The jury is not present.)

18            THE COURT:  All right.  Let's bring out the

19  jury.

20       (The jury enters at 11:48 a.m.)

21            THE COURT:  Please be seated.

22            Mr. Murphy.

23         FURTHER CLOSING ARGUMENT BY MR. MURPHY

24            MR. MURPHY:  Thanks.

25            In the essence of time, ladies and gentlemen,

1    I'm not going to walk through each of the remaining

2    charges that the defendants have been charged with.

3    Instead, I'm going to talk with you about a couple of

4    legal principles that are going to be critical to your

5    deliberations, and then I will talk with you about one

6    of the substantive charges.

7         I want to talk with you now about an aspect

8    of the law that I know I've mentioned to you several

9    times during my closing.  It's called aiding and

10   abetting, ladies and gentlemen.  It's an important

11   legal principle that the judge instructed you on.  I

12   submit that it will be critical with respect to your

13   deliberations with respect to some of the charges and

14   some of the defendants in this case, particularly, the

15   charge of attempted murders, the assaults with a

16   dangerous weapon, and also the use or discharge of a

17   firearm during a crime of violence, all crimes that

18   Solo and Nocturno have been charged with in this case.

19        Now, by law a defendant may be found guilty

20   of these offenses, even if they did not personally do

21   each and every act constituting the offense, if the

22   defendant aided, abetted, counseled, or encouraged the

23   commission of that crime.  In other words, if Solo and

24   Nocturno knowingly aided or abetted, meaning they did

25   anything to help or assist or counsel or encourage the

1  commission of the attempted murders of Elvin at any

2  time, then they are just as guilty as Oscuro and Buer,

3  who pulled the triggers during those incidents.

4          And as you've heard from the evidence I've

5  already recounted, Solo and Nocturno helped and

6  assisted those attempted murders.  At the very least,

7  they both drove the shooters to the scenes of these

8  shootings.  That's aiding and abetting, ladies and

9  gentlemen.

10          Another important legal principle the judge

11  has instructed you on, which is an important aspect of

12  our criminal law, applies here.  It's called

13  coconspirator liability, and it works like this:  If

14  person A knowingly joins a conspiracy with person B and

15  person B then commits a crime in furtherance of that

16  conspiracy, which is a necessary or natural consequence

17  of that conspiracy, then person A is also criminally

18  responsible for the conduct of person B.

19          So if you find that Solo and Nocturno are

20  guilty of the RICO conspiracy or the VICAR conspiracies

21  related to Elvin's and Norman's attempted murders, that

22  Oscuro and Buer committed those attempted murders

23  against Elvin and Norman, and that those attempted

24  murders were a necessary or foreseeable consequence of

25  the conspiracies charged in this case, then even though

1  Solo and Nocturno were not physically present when the

2  shots were fired, even though they did not pull those

3  triggers, they would be guilty of those offenses.

4         Now, applying those principles here, it is

5  plainly the case that the attempted murders of Elvin

6  and Norman were natural consequences of the RICO and

7  VICAR conspiracies charged in this case.  The entire

8  purpose of those conspiracies was to carry out acts of

9  violence on behalf of MS-13, like trying to kill Elvin

10 and Norman.  It is also plainly the case that using

11 firearms to do so was a reasonably foreseeable and

12 natural consequence of those conspiracies.

13        Indeed, Solo confessed that he knew the order

14 was to shoot Elvin.  It was reasonably foreseeable and

15 a natural consequence that if an order is to shoot

16 someone, a firearm would be used to do so.

17        Similarly, Nocturno was in the car when Buer

18 said he was going to get the gun and then brought him

19 back to the laundromat.  It is, therefore, reasonably

20 foreseeable and a natural consequence of the events

21 that a firearm was going to be used to shoot Norman at

22 the laundromat.

23        This means that Solo and Nocturno, despite

24 them not being the individuals who pulled those

25 triggers, are just as guilty as Oscuro and Buer, ladies

1  and gentlemen.

2         Now, I also want to spend a few minutes

3  briefly talking to you about the 924(c) charge against

4  Solo related to his possession of a firearm during the

5  course or in furtherance of drug trafficking.  Now,

6  simply put, it is illegal to possess, use, or carry a

7  firearm in furtherance of drug trafficking.

8         As you learned during this case, the

9  .45 caliber Sig Sauer firearm that was recovered from

10 Solo's car on April 20, 2019, was the clique's gun.  It

11 was used by the clique to commit crimes, including

12 Elvins' attempted murder.  It was also used by the

13 clique to protect members of the clique, and it was

14 also used by the clique to protect their drugs when

15 they were out selling drugs on behalf of the clique.

16        When you possess or carry a gun and you have

17 drugs on you, you are doing so, at least in part, to

18 protect yourself and your drugs from other people who

19 might want to harm you or take those drugs from you

20 while you are dealing drugs.  And so Solo was carrying

21 that firearm in furtherance of drug trafficking

22 activity.

23        Now, before I sit down, I want to take a few

24 moments to address some of the arguments that I

25 anticipate you will hear from defense counsel when they

1  have an opportunity to speak with you.

2          Now, after they finish speaking with you, I

3  will have an opportunity to respond to some of those.

4  But some of them, I think, it's worth saying a few

5  words about now.

6          First, I suspect you're going to hear a lot

7  about how none of these defendants had any choice -- I

8  want you to think about that -- that they were victims

9  forced by the gang to kill people, forced by the gang

10  to sell drugs, how they had no other alternative but to

11  commit these crimes.

12          The law calls this a duress or justification

13  defense, ladies and gentlemen.  When a defendant raises

14  this type of defense --

15          MR. OATES:  Objection, Your Honor.

16          THE COURT:  Sustained.  There's no duress

17  instruction.

18          MR. OATES:  I would ask the jury to disregard

19  those comments.

20          THE COURT:  Yes.

21          MR. MURPHY:  I submit you will also hear

22  counsel talk about the threat that the victims in this

23  case posed to the defendants or GLCS.  Now, ladies and

24  gentlemen, you saw, you heard from Norman and Elvin in

25  this case.  Based on that, I submit that you know that

1   Elvin and Norman posed no threat to these defendants or

2   GLCS.

3            Norman was 39 years old at the time he was

4   ruthlessly gunned down.  Let's talk about what Norman

5   was doing that was so threatening to any defendant or

6   to GLCS.  He was washing his clothes at a laundromat,

7   and he was out in a bar drinking with one of his

8   friends.  The real threats here, ladies and gentlemen,

9   were the men who were surveilling a then 39-year-old

10  man while he was washing his laundry at a laundromat

11  and while he was out at a bar drinking with his friend.

12           I suspect you will also here that MS-13 gang

13  members exaggerate and brag.  But I submit to you,

14  ladies and gentlemen, that the crimes that you heard

15  about during this trial were not exaggerations.  The

16  conversations that you heard about with respect to

17  those crimes were not bragging.  You saw the wiretaps.

18  You saw the messages.  You saw the phone records.

19           You know that they were not exaggerating

20  because you saw the injuries to Norman.  You saw the

21  injuries to Elvin.  They weren't exaggerating when they

22  talked about what happened in those shootings, when

23  they talked about what was going to happen leading up

24  to those shootings.

25           They weren't exaggerating when they talked

1    about what they did to try to cover up those incidents

2    because trying to cover up those incidents is exactly

3    what they did, ladies and gentlemen.

4              Now, they may have been bragging, but they

5    were bragging about things that they or their gang

6    associates actually did, ladies and gentlemen.

7              Now, unlike Marvin Rivera Guevara, unlike

8    Elvin Pena Aguilera, and unlike Norman Medina Sanchez,

9    who didn't have a choice and who were powerless when

10   they were brutally attacked by members and associates

11   of GLCS, we are not powerless.  We cannot bring Marvin

12   back.  We cannot undo the pain and suffering that Elvin

13   and Norman faced when bullets tore through their

14   bodies.

15             But we do have the power, ladies and

16   gentlemen, to hold the people who are responsible for

17   those acts accountable.  We have the power to tell

18   these four defendants that being an MS-13 gang member

19   is a choice.  It is not an excuse.  We have the power

20   to tell them that when you choose to join MS-13, a gang

21   that they know is defined by violence, it isn't a

22   license to traffic drugs and try to kill *chavalas*.

23             We have the power to do justice here, ladies

24   and gentlemen, and we ask that you do justice by

25   finding all four of these defendants guilty of each

1   crime with which they've been charged in this case.

2            Thank you for your time.

3            ------------------------------------
                     Time:   11:59 a.m.
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21       I certify that the foregoing is a true and

22   accurate transcription of my stenographic notes.

23

24
                             _____
25                           Rhonda F. Montgomery, CCR, RPR